# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Lululemon Athletica | ) | Case No: 13 C 6297 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| The Partnerships, et al | ) | |

**ORDER**

(:5)

Motion hearing held. Plaintiff's ex-parte motion for entry of temporary restraining order, domain name transfer order, asset restraining order, expedited discovery order and service of process by email and motion for leave to file under seal and motion to exceed page limits are granted. [6,7,8] Enter Sealed Temporary Restraining Order. Lululemon shall deposit with the Court Ten Thousand dollars ($10,000), either cash or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder. A status hearing is set for 9/24/13 at 9:00 a.m.

Date: 9/10/13